PAUL GREENAN *v.* SUZANNE GREENAN

The plaintiff's petition for certification for appeal from the Appellate Court (AC 31240) is denied.

*Samuel V. Schoonmaker IV*, in support of the petition.

Decided May 26, 2010

PAUL GREENAN *v.* SUZANNE GREENAN

The plaintiff's petition for certification for appeal from the Appellate Court (AC 31493) is denied.

*Samuel V. Schoonmaker IV*, in support of the petition.

Decided May 26, 2010

STATE OF CONNECTICUT *v.* JOHN MOYE

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 143 (AC 30737), is denied.

*Kent Drager*, senior assistant public defender, in support of the petition.

*Susann E. Gill*, supervisory assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 269 (AC 30758), is denied.